UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK



October 1, 1999

## PUBLIC NOTICE REGARDING DISCOVERY

Local Rule 3.03 prohibits the filing of discovery material. Discovery items not permitted by local rules will not be accepted by the Clerk's Office. Any discovery material that is either dropped off in a depository box or sent to the Court by US Mail or some other form of delivery service will be returned to the sender. The portion of the Local Rules addressing the non-filing of discovery material is printed below for reference.

**RULE 3.03    WRITTEN INTERROGATORIES; FILING OF DISCOVERY MATERIAL; EXCHANGE OF DISCOVERY REQUEST BY COMPUTER DISK**

(b)   The original of the written interrogatories and a copy shall be served on the party to whom the interrogatories are directed, and copies on all other parties. No copy of the written interrogatories shall be filed with the Court by the party propounding them. The answering party shall use the original of the written interrogatories for his answers and objections, if any; and the original shall be returned to the party propounding the interrogatories with copies served upon all other parties. The interrogatories as answered or objected to shall not be filed with the Court as a matter of course, but may later be filed by any party in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings.

(c)   Notices of the taking of oral depositions shall not be filed with the Court as a matter of course (except as necessary to presentation and consideration of motions to compel); and transcripts of oral depositions shall not be filed unless and until requested by a party or ordered by the Court.

(d)   Requests for the production of documents and other things, matters disclosed pursuant to Fed. R. Civ. P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings.

Your cooperation in complying with the Local Rules is appreciated. Any questions regarding this practice should be directed to the Clerk's Office in which your case is filed.

| | | | |
|---|---|---|---|
| Jacksonville Division | (904) 549-1900 | Orlando Division | (407) 835-4200 |
| Tampa Division | (813) 301-5400 | Ft. Myers Division | (239) 461-2000 |
| Ocala Division | (352) 369-4860 | | |

Revised:  June 6, 2007